**Order issued November 3, 2017.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00841-CV

———————————

## IN RE FRANK VASOS, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

### ORDER

Relator, Frank Vasos, has filed an application for a writ of habeas corpus and an emergency motion for bail.[1]  *See* TEX. GOV'T CODE ANN. § 22.221(d) (West 2004).

---

[1]  The underlying proceeding is *Taso Pantazopoulos, Patricia Vasos, APS Food Services, Inc. d/b/a Anonymous Cafe*, No. 17-JSC41-01205, in the Justice of the Peace Court, Precinct 4 of Fort Bend County, Texas, the Honorable Justin M. Joyce presiding.

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b). Accordingly, the Court grants the relator's emergency motion for bail in part. The Sheriff of Fort Bend County is hereby ordered to discharge relator from custody on relator's executing and filing with the Sheriff of Fort Bend County a good and sufficient bond, conditioned as required by law, in the amount of $1000.00. *See* TEX. R. APP. P. 52.8(b)(3).

It is further ordered that the real party in interest shall have until November 13, 2017 to file a response, if any, and any relevant portions of the record. *See* TEX. R. APP. P. 52.4, 52.8(b)(1).

Judge's signature:        /s/ Russell Lloyd

Date:        November 3, 2017